**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br>       Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 76.102.148.173, <br><br>       Defendant. | Case Number: 5:25-cv-07512-NW <br><br> Honorable Noel Wise <br><br> [PROPOSED] ORDER ON PLAINTIFF'S SECOND *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE |

THIS CAUSE came before the Court upon Plaintiff's second *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for March 10, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until April 3, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for March 10, 2026 is continued to ~~May 5~~, June 9 2026 at 9:00 a.m.

**DONE AND ORDERED**.

Dated: _____February 26, 2026_____

By: _____

**United States District Judge**
Hon. Noel Wise

1

[~~Proposed~~] Order on Second *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference

Case No. 5:25-cv-07512-NW